IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-414 |
| ) | |
| HP NOTEBOOK COMPUTER ) | |
| CONTAINING AN HATACHI ) | |
| TRAVELSTAR HARD DRIVE WITH ) | |
| S/N DDHULGYA AND CDs ) | |
| ) | |
| Defendants. ) | |

JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 29th day of July, 2011, it is hereby ORDERED, ADJUDGED, and DECREED that the HP Notebook Computer Containing an Hatachi Travelstar hard drive with s/n DDHULGYA and CDs that are the subject of the forfeiture action at Civil Action No.11-414 be, and hereby are, forfeited to the United States of America free and clear of all right, title and interest of any person or entity, including without limitation Gary Lee Myers.

The Clerk shall mark this case closed.

_____
C.J.